UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ISRAEL MERTZ,

                         Plaintiffs,

              -against-

EQUIFAX INFORMATION SERVICES, LLC et. al.,

                      Defendant.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _ 7/18/2023 _

22-CV-10938 (KMK) (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than Tuesday, August 1, 2023,

providing the Court with an update on the status of the case. The letter should include an update

on the current status of discovery and the anticipated next steps in the case.

      The Clerk of Court is respectfully requested to close ECF No. 44.

      **SO ORDERED.**

DATED:     White Plains, New York
             July 18, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge